**Order entered March 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00141-CV

## IN THE INTEREST OF C.F.M. AND B.C.M., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-02559**

## ORDER
Before Chief Justice Wright, Justice Evans, and Justice Brown

Before the Court is appellant's motion to suspend modified custody order and appellee's

response. We **DENY** the motion.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE